# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MATIAS TORRES,<br><br>    Plaintiff,<br><br>    v.<br><br>RALPH M. DIAZ, et al.,<br><br>    Defendants. | Case No.: 1:14-cv-00492-SAB (PC)<br><br>ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR CORRECT ERROR IN FIRST AMENDED COMPLAINT<br><br>[ECF No. 13] |

Plaintiff Juan Matias Torres is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On July 9, 2014, the Court screened Plaintiff's complaint and directed Plaintiff to either file a second amended complaint or notify the Court of his intent to proceed on the claims found to be cognizable.

On July 11, 2014, Plaintiff filed a motion to correct the single error in the first amended complaint. Inasmuch as the Court has screened Plaintiff's first amended complaint on July 9, 2014, and granted Plaintiff leave to file a second amended complaint to cure any deficiencies, Plaintiff's present motion to correct an error in the first amended complaint is DENIED as MOOT.

IT IS SO ORDERED.

Dated: **July 24, 2014**

                                                    UNITED STATES MAGISTRATE JUDGE