UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MATIAS TORRES,<br><br>            Plaintiff,<br><br>        v.<br><br>RALPH M. DIAZ, et al.,<br><br>            Defendants. | Case No.: 1:14-cv-00492-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO EXTEND TIME TO COMPLY WITH ANY PENDING DEADLINES<br><br>[ECF No. 29] |

    Plaintiff Juan Matias Torres is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    On January 7, 2015, Plaintiff filed a notice of change of address and request for an extension of any pending deadline due to his recent prison transfer.  (ECF No. 29.)

    Plaintiff indicates that on December 17, 2014, he was transferred to Corcoran State Prison and he is presently without his legal property and requests an extension of time of any pending deadline for which he is unaware.

    Plaintiff is advised that the Court has updated his address of record and there is presently no pending deadline requiring any action by Plaintiff.  On January 6, 2015, the Court granted Defendants an extension of time to respond to Plaintiff's second amended complaint and the response is presently

///

///

1

due on or before February 5, 2015.  Accordingly, because there is no deadline for which Plaintiff must comply, his request for an extension of time is DENIED as unnecessary.

IT IS SO ORDERED.

Dated: __**January 8, 2015**__

UNITED STATES MAGISTRATE JUDGE