UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MATIAS TORRES,<br><br>         Plaintiff,<br><br>    v.<br><br>RALPH M. DIAZ, et al.,<br><br>         Defendants. | Case No.: 1:14-cv-00492-SAB (PC)<br><br>ORDER STRIKING PLAINTIFF'S REPLY TO ANSWER |

Plaintiff Juan Matias Torres is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This action is proceeding against Defendants Michael Harris, Rumulo Garza, and Y. Arnold on Plaintiff's claim of excessive force, against Defendant "John Doe" for unreasonable search, against Defendants D. Fernandez for retaliation, and against Defendants B. Garza and M. Pallares for a due process violation.

On February 4, 2015, Defendants R. Garza, Pallares, Arnold, Fernandez, Harris, and B. Garza, filed an answer to the complaint. On February 20, 2015, Plaintiff filed a reply to Defendants' answer.

Rule 7 of the Federal Rules of Civil Procedure provides as follows:

There shall be a complaint and an answer; a reply to a counterclaim denominated as such; an answer to a cross-claim, if the answer contains a cross-claim; a third-party complaint, if a person who was not an original party is summoned under the provisions of Rule 14; and a third-party answer, if a third-party complaint is served.  No other

pleading shall be allowed, except that the court may order a reply to an answer or a third-party answer.

Fed. R. Civ. P. 7(a).  Because the Court did not order Plaintiff to reply to answer, Plaintiff's reply is HEREBY STRICKEN from the record.

IT IS SO ORDERED.

Dated:   **February 23, 2015**

UNITED STATES MAGISTRATE JUDGE