UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MATIAS TORRES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RALPH M. DIAZ, et al.,<br><br>　　　　Defendants. | Case No.: 1:14-cv-00492-AWI-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE OBJECTIONS AND REQUEST FOR WAIVER OF SERVICE REQUIREMENT<br><br>[ECF Nos. 40, 41] |

Plaintiff Juan Matias Torres is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 13, 2015, Plaintiff filed a motion for an extension of time to file objections to the pending Findings and Recommendations issued March 19, 2015, along with a request for waiver of the service requirements. (ECF Nos. 40, 41.)

Good cause having been presented to the Court, Plaintiff's request to extend the time to file objections shall be granted. As to Plaintiff's request for waiver of the service requirement, Plaintiff is advised that he is not required to serve copies of filings on defendants or counsel, as counsel will receive service via the court's electronic filing system. "However, for purposes of application of the 'Mailbox Rule,' see Douglas v. Noelle, 567 F.3d 1103, 1107 (9th Cir. 2009), on all documents filed with the Court, the pro se plaintiff must attach a Proof of Service, indicating the date on which the filing was turned over to prison authorities." (ECF No. 3, at ¶ IV.)  Thus, Plaintiff was not required to

1  serve a copy of the motion to extend time as counsel received notice via the court's electronic filing
2  system.
3       Based on the foregoing, it is HEREBY ORDERED that Plaintiff is GRANTED **thirty (30)**
4  days from the date of service of this order to file objections to the pending Findings and
5  Recommendations.

7  IT IS SO ORDERED.

8  Dated:  **April 14, 2015**

                                        UNITED STATES MAGISTRATE JUDGE