UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MATIAS TORRES,<br><br>  Plaintiff,<br><br>  v.<br><br>RALPH M. DIAZ, et al.,<br><br>  Defendants. | Case No.: 1:14-cv-00492-AWI-SAB (PC)<br><br>ORDER DENYING AS MOOT PLAINTIFF'S REQUEST FOR PAGE 2 OF DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS<br><br>[ECF No. 48] |

Plaintiff Juan Matias Torres is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On May 6, 2015, Plaintiff filed a request that the Court provide a copy of page 2 of Defendants' April 21, 2015, motion for an extension of time to respond to Plaintiff's discovery requests.

In as much as the Court granted, on the basis of good cause, Defendants' motion to extend time to respond to Plaintiff's discovery requests on April 22, 2015, and there is no present basis to challenge such order, Plaintiff's request for a copy of page two of Defendants' motion is DENIED as

///

///

///

///

MOOT.  As stated in the Court's April 22, 2015, order Defendants have until Tuesday, May 26, 2015, to serve their responses to Plaintiff's discovery requests.

IT IS SO ORDERED.

Dated:  **May 7, 2015**

UNITED STATES MAGISTRATE JUDGE