UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MATIAS TORRES,<br><br>    Plaintiff,<br><br>    v.<br><br>RALPH M. DIAZ, et al.,<br><br>    Defendants. | Case No.: 1:14-cv-00492-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, DENYING PLAINTIFF'S MOTION FOR COURT ORDER TO OBTAIN A DECLARATION FROM PRISONER WITNESS<br><br>[ECF Nos. 35, 37] |

    Plaintiff Juan Matias Torres is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    On March 17, 2015, the Magistrate Judge filed a Findings and Recommendations which was served on the parties and which contained notice to the parties that Objections to the Findings and Recommendations were to be filed within ten days. Plaintiff filed an Objection on April 23, 2015, and Defendants filed a response on May 7, 2015.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on March 17, 2015, is adopted in full; and

2. Plaintiff's motion for a court order to obtain a declaration from a prisoner witness is DENIED.

IT IS SO ORDERED.

Dated: <u>May 11, 2015</u>

_____
SENIOR DISTRICT JUDGE