Thanks!

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MATIAS TORRES,<br><br>                    Plaintiff,<br><br>     v.<br><br>RALPH M. DIAZ, et al.,<br><br>                    Defendants. | Case No.: 1:14-cv-00492-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S REQUEST FOR COURT ORDER TO OBTAIN CONFIDENTIAL CALLS DURING DISCOVERY PHASE OF LITIGATION<br><br>[ECF Nos. 38, 39] |

Plaintiff Juan Matias Torres is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 19, 2015, the Magistrate Judge filed a Findings and Recommendations which was served on the parties and which contained notice to the parties that Objections to the Findings and Recommendations were to be filed within thirty days. The thirty day time frame has expired and no objections were filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on March 19, 2015, is adopted in full; and

2. Plaintiff's motion for a court order to obtain confidential calls during the discovery phase of litigation is DENIED.

IT IS SO ORDERED.

Dated: May 28, 2015

_____
SENIOR DISTRICT JUDGE