# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MATIAS TORRES,<br><br>        Plaintiff,<br><br>    v.<br><br>RALPH M. DIAZ, et al.,<br><br>        Defendants. | Case No.: 1:14-cv-00492-AWI-SAB (PC)<br><br>AMENDED ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S REQUEST FOR COURT ORDER TO OBTAIN CONFIDENTIAL CALLS DURING DISCOVERY PHASE OF LITIGATION, AND ORDER STRIKING PRIOR ORDER<br><br>[ECF Nos. 38, 39, 66] |

On Mary 29, 2015, the Court adopted a Findings and Recommendation that denied a request to obtain calls during discovery. See Doc. No. 66. The Court has noticed a clerical error associated with that adoption order. To remedy the error, the Court will strike the May 29, 2015 adoption order and replace with this order.

Plaintiff Juan Matias Torres is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 19, 2015, the Magistrate Judge filed a Findings and Recommendations which was served on the parties and which contained notice to the parties that Objections to the Findings and Recommendations were to be filed within thirty days. The thirty day time frame has expired and no objections were filed.

//

//

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on March 19, 2015, is adopted in full;
2. Plaintiff's motion for a court order to obtain confidential calls during the discovery phase of litigation is DENIED;
3. The Court's order of May 29, 2015 is STRICKEN and replaced with this amended order.

IT IS SO ORDERED.

Dated:   June 1, 2015

SENIOR DISTRICT JUDGE