# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MATIAS TORRES,<br><br>    Plaintiff,<br><br>    v.<br><br>RALPH M. DIAZ, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.: 1:14-cv-00492-DAD-SAB (PC)

ORDER GRANTING PLAINTIFF'S REQUESTS TO RE-SUBMIT OBJECTIONS TO FINDINGS AND RECOMMENDATIONS AND REPLY TO DEFENDANTS' RESPONSE TO OBJECTIONS

[Doc. Nos. 138 & 140]

Plaintiff Juan Matias Torres is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On May 20, 2016, Plaintiff filed a request to re-submit his objections to the pending Findings and Recommendations and reply to Defendants' response to Plaintiff's objections. (Doc. Nos. 138 & 140.) Plaintiff submits that he omitted four additional paragraphs from his initial filings and wishes to submit such arguments for review.

Good cause having been presented to the Court, it is HEREBY ORDERED that Plaintiff's requests to re-submit his objections and reply are GRANTED.

IT IS SO ORDERED.

Dated:    **May 23, 2016**

_____
UNITED STATES MAGISTRATE JUDGE

1