# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MATIAS TORRES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RALPH M. DIAZ, et al.,<br><br>　　　　Defendants. | Case No.: 1:14-cv-00492-DAD-SAB (PC)<br><br>ORDER EXTENDING THE DISCOVERY AND DISPOSITIVE MOTION DEADLINES<br><br>[ECF No. 156] |

Plaintiff Juan Matias Torres is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This case is currently set for a settlement conference on March 24, 2017, before United States Magistrate Judge Barbara A. McAuliffe.  In light of the upcoming settlement conference, the Court finds good cause to extend the discovery and dispositive deadlines.

Accordingly, the Court's September 15, 2016, scheduling order is HEREBY AMENDED as follows:

　　1.　　The deadline for the completion of all discovery, including filing motions to compel is **May 15, 2017**;

　　2.　　The deadline for filing pretrial dispositive motions is **August 15, 2017**; and

///

///

1

3.      All other provisions of the Court's February 5, 2015, discovery and scheduling order remain in full force and effect.

IT IS SO ORDERED.

Dated:     **February 7, 2017**

UNITED STATES MAGISTRATE JUDGE