# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MATIAS TORRES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RALPH M. DIAZ, et al.,<br><br>　　　　Defendants. | Case No.: 1:14-cv-00492-DAD-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S THIRD REQUEST FOR EXTENSION OF TIME TO REPLY TO DEFENDANTS' DISCOVERY REQUESTS AS UNNECESSARY |

　　　　Plaintiff Juan Matias Torres is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Currently before the Court is Plaintiff's third motion to extend the time to respond to Defendants' discovery requests, filed February 27, 2017.

　　　　Inasmuch as on February 17, 2017, the Court granted Plaintiff an extension of time to respond to Defendants' discovery requests until after resolution of the pending motions to compel, Plaintiff's third request for a further extension of the deadline is unnecessary and shall be denied.

IT IS SO ORDERED.

Dated: __February 28, 2017__　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1