

FILED

MAR 24 2017

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MATIAS TORRES,<br><br>Plaintiff,<br><br>v.<br><br>RALPH M. DIAZ, et al.,<br><br>Defendants. | Case No.: 1:14-cv-00492-DAD-SAB (PC)<br><br>ORDER THAT JUAN TORRES IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Plaintiff Juan Matias Torres is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

A settlement conference in this matter commenced on March 24, 2017, inmate Juan Torres CDCR Inmate No. T-72354, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATE: 3/24/17

_____
UNITED STATES MAGISTRATE JUDGE

1