

FILED

MAY 04 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MATIAS TORRES,<br><br>Plaintiff,<br><br>v.<br><br>RALPH M. DIAZ, et al.,<br><br>Defendants. | Case No. 1:14-cv-00492-DAD-SAB(PC)<br><br>RESPONSE TO PLAINTIFF'S LETTER;<br>ORDER DIRECTING CLERK TO RETURN LETTER |

On March 24, 2017, the undersigned conducted a settlement conference in the above entitled action, at which time the case settled. On May 3, 2017, the Court received a letter from Plaintiff, dated April 30, 2017. In the letter, Plaintiff requests whether he can obtain advice from the Court on various issues related to other pending cases.

Plaintiff is advised that the undersigned cannot act as a legal advisor to Plaintiff on any issue in any case. Therefore, the Court will not respond to the Plaintiff's letter and will direct the Clerk of the Court to return the letter to Plaintiff.

Plaintiff is also advised that should he desire a settlement conference in any of his other cases, he may file, in each case, a request for a settlement conference. The Court generally will then request of defendant(s) whether they wish to participate in a settlement conference. If the parties mutually desire such a conference, the Court will then schedule a convenient date and time.

Accordingly, the Court orders as follows:

1. Plaintiff's request for advice and contact information for the Court is DENIED;
2. The Clerk of the Court is directed to return the attached letter, received on May 3, 2017 to Plaintiff.

DATED: May 4, 2017

/s/ Barbara A. McAuliffe
BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE