# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MATIAS TORRES,<br><br>    Plaintiff,<br><br>v.<br><br>RALPH M. DIAZ, et al.,<br><br>    Defendants. | Case No.: 1:14-cv-00492-DAD-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO SERVE COPY OF PLAINTIFF'S NOTICE REGARDING SETTLEMENT AGREEMENT, FILED UNDER SEAL ON JUNE 2, 2017, ON DEFENDANTS AND DIRECTING A RESPONSE TO BE FILED WITHIN TEN DAYS FROM THE DATE OF SERVICE<br><br>[Doc. No. 201] |

On March 27, 2017, this action filed pursuant to 42 U.S.C. § 1983, was dismissed pursuant to the parties' settlement agreement.

On June 2, 2017, Plaintiff filed a notice regarding the settlement agreement, which was filed under seal. (Doc. No. 201.) The Clerk of Court is directed to serve a copy of Plaintiff's notice on Defendants, and Defendants shall file a response within **ten (10)** days from the date of service of this order.

IT IS SO ORDERED.

Dated: **June 7, 2017**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

1