# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MATIAS TORRES,<br><br>    Plaintiff,<br><br>v.<br><br>RALPH M. DIAZ, et al.,<br><br>    Defendants. | Case No.: 1:14-cv-00492-DAD-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO SEAL RESPONSE FILED BY DEFENDANTS ON JUNE 26, 2017, AND ORDER REGARDING PLAINTIFF'S NOTICE OF SETTLEMENT PROCEEDS<br><br>[ECF Nos. 201, 203] |

On March 27, 2017, this action filed pursuant to 42 U.S.C. § 1983, was dismissed pursuant to the parties' settlement agreement.

On June 2, 2017, Plaintiff filed a sealed notice with the Court regarding the status of his settlement payment pursuant to the agreement reached between the parties.

On June 26, 2017, Defendants filed a response. Defendants, through counsel, submit that on June 20, 2017, the California Department of Corrections and Rehabilitation (CDCR) settlement coordinator indicated that the California State Controller's Office issued the settlement proceeds to Plaintiff and his mother on June 16, 2017. (ECF No. 203, Ex. B.) Accordingly, based on the evidence submitted, Defendants have fulfilled their obligation to issue the settlement proceeds.

IT IS SO ORDERED.

Dated: **June 30, 2017**       /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE